1   **Notice of this document has been electronically sent to:**

2   **Counsel for Plaintiff:**

3   Ethan Arenson            earenson@ftc.gov
    Philip Tumminio          ptumminio@ftc.gov
4

5   **Counsel for Defendant:**

6

7   Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.
8

10
    **Dated:**   6/5/09                              TER
11                                           **Chambers of Judge Whyte**