**KRONENBERGER BURGOYNE, LLP**
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@KBInternetLaw.com
jeff@KBInternetLaw.com

Attorneys for Intervenors Suren Ter-Saakov
and Tsuren LLC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, <br><br> Plaintiff, <br> v. <br><br> **PRICEWERT LLC** *dba* **3FN.NET TRIPLE FIBER NETWORK, APS TELECOM, APX TELECOM, APS COMMUNICATIONS, AND APS COMMUNICATION,** <br><br> Defendant. | CASE NO. 09-cv-02407-RMW <br><br> **THIRD PARTIES SUREN TER-SAAKOV AND TSUREN LLC'S NOTICE OF EX PARTE MOTION AND EX PARTE MOTION TO AMEND TEMPORARY RESTRAINING ORDER UNDER FED. R. CIV. P. 65(b)(4)** <br><br> Date:  June 11, 2009 <br> Time: 9:00 am <br> Ctrm: 6, 4th Floor <br><br> The Honorable Ronald M. Whyte |

Case No. 09-cv-02407-RMW

NTC. OF EX PARTE MOT. & EX PARTE
MOT. FOR LEAVE TO AMEND TRO

**TO EACH PARTY AND TO THE COUNSEL OF RECORD FOR EACH PARTY:**

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 65(b)(4), on June 11, 2009, at 9:00 a.m., or as soon thereafter as the matter may be heard in the above-titled Court, located in Courtroom 6, 4th Floor of the United States District Court for the Northern District of California, located at 280 South 1st Street in San Jose, California, Third Parties Suren Ter-Saakov and Tsuren LLC (collectively, "Intervenors"), will move the Court, on an ex parte basis, to amend the temporary restraining order entered by the Court on June 2, 2009 (the "TRO").

This Motion is made on the ground that the TRO resulted in the disconnection of servers on which Intervenors store all of their electronic data for their lawful business. Since the entry of the TRO, Intervenors have been completely cut off from their business operations, and continue to lose thousands of dollars in revenue each day the disconnection remains in effect.

Specifically, without any prior notice and while acknowledging the innocence of Intervenors, David Shonka, Ethan Arenson, Carl Settlemyer, and Philip Tumminio ("Putative Counter-Defendants") sought and achieved a temporary restraining order ostensibly targeting the misconduct of defendant Pricewert LLC, but in effect seizing the electronic data and property of numerous uninvolved and innocent third parties, including Intervenors. Moreover, the Putative Counter-Defendants' proposed modification to the temporary restraining order provides no assurance that Intervenors will be able to recover their wrongfully seized property, and in fact, the amendment will likely be worthless, as it completely depends on the Defendant's cooperation, and on Defendant's ability to finance a complicated receivership.

//
//
//

Case No. 09-cv-02407-RMW       1       NTC. OF EX PARTE MOT. & EX PARTE MOT. FOR LEAVE TO AMEND TRO

This Motion is based on this notice, the memorandum of points and authorities in support of the Motion, and the declarations of Jeffrey M. Rosenfeld and Suren Ter-Saakov.

DATED: June 9, 2009                                   KRONENBERGER BURGOYNE, LLP

                                                      By:   s/ Jeffrey M. Rosenfeld
                                                            Jeffrey M. Rosenfeld

                                                      Attorneys for Intervenors, Suren Ter-Saakov and Tsuren LLC