1

2

3                                                    **E-FILED on** _6/10/09_____

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                              SAN JOSE DIVISION

11

| | |
|---|---|
| 12  Federal Trade Commission, | No. C-09-2407 RMW |
| 13          Plaintiff, | |
| 14      v. | ORDER TO SHOW CAUSE and ORDER SETTING HEARING ON INTERVENOR'S MOTION TO AMEND TEMPORARY RESTRAINING ORDER |
| 15  Pricewert LLC also d/b/a 3FN.net, Triple Fiber Network, APS Telecom, APX Telecom, APS Communications, and APS Communication, | |
| 17          Defendant. | |

18

19          Pursuant to the court's June 5, 2009 order, plaintiff FTC has proposed that the court appoint a

20  temporary receiver to address concerns raised by third parties affected by the Temporary Restraining

21  Order.  For good cause appearing, defendant and all interested parties are hereby ordered to show

22  cause at the upcoming preliminary injunction hearing on June 15, 2009 at 9:00 a.m., why this court

23  should not appoint a temporary receiver on terms substantially in accordance with the attached

24  proposed order.

25          Furthermore, proposed intervenors' ex parte motion to amend the temporary restraining order

26  will be heard on June 15, 2009 at 9:00.  All further papers and evidence in opposition to the motion

27  shall be filed and served no later than June 12, 2009 at 12:00 p.m. PDT.

28

ORDER TO SHOW CAUSE and ORDER SETTING HEARING ON INTERVENOR'S MOTION TO AMEND TEMPORARY
RESTRAINING ORDER—No. C-09-2407 RMW
TER

**United States District Court**
For the Northern District of California

1       Plaintiff is hereby ordered to serve a copy of this order on defendant with a copy by e-mail to

2 defendant's agent for services of process.

3

4 DATED:      6/10/09

                       RONALD M. WHYTE
                       United States District Judge

**United States District Court**
For the Northern District of California

ORDER TO SHOW CAUSE and ORDER SETTING HEARING ON INTERVENOR'S MOTION TO AMEND TEMPORARY
RESTRAINING ORDER—No. C-09-2407 RMW
TER                               2

**United States District Court**
For the Northern District of California

1  **Notice of this document has been electronically sent to:**

2  **Counsel for Plaintiff:**

3  Carl Settlemeyer                 csettlemyer@ftc.gov
   Philip Tumminio                  ptumminio@ftc.gov
4

5  **Counsel for Defendants:**

6  (no appearance)

7
   **Counsel for Intervenors**:
8  Jeffrey Michael Rosenfeld        Jeff@KBInternetlaw.com

9
   Counsel are responsible for distributing copies of this document to co-counsel that have not
10 registered for e-filing under the court's CM/ECF program.

11

12

13

14 **Dated:**    6/10/09                               TER

15                                          **Chambers of Judge Whyte**

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER TO SHOW CAUSE and ORDER SETTING HEARING ON INTERVENOR'S MOTION TO AMEND TEMPORARY
RESTRAINING ORDER—No. C-09-2407 RMW
TER                                          3