**E-FILED on** 6/12/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| Federal Trade Commission, | No. C-09-2407 RMW |
|---|---|
| Plaintiff, | |
| v. | ORDER DENYING WITHOUT PREJUDICE REQUEST TO ALLOW ORAL TESTIMONY AT HEARING |
| Pricewert LLC also d/b/a 3FN.net, Triple Fiber Network, APS Telecom, APX Telecom, APS Communications, and APS Communication, | [Re Docket No. 28] |
| Defendant. | |

The request of third parties Suren Ter-Saakov and Tsuren LLC to submit oral testimony at the June 15, 2009 hearing relating to the motion to amend the temporary restraining order and regarding the proposal to appoint a receiver is denied without prejudice. If the court finds at the hearing that testimony is needed to resolve any issue pertaining to the terms of any pretrial restraining order, the court will set a date for doing so in an efficient and fair way.

DATED: 6/12/09

*Ronald M Whyte*

RONALD M. WHYTE
United States District Judge

ORDER DENYING WITHOUT PREJUDICE REQUEST TO ALLOW ORAL TESTIMONY AT HEARING—No. C-09-2407 RMW
TER

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

Carl Settlemeyer          csettlemyer@ftc.gov
Philip Tumminio           ptumminio@ftc.gov

**Counsel for Defendants:**

(no appearance)

**Counsel for Intervenors**:

Karl Stephen Kronenberger      karl@KBInternetlaw.com
Jeffrey Michael Rosenfeld      Jeff@KBInternetlaw.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**   6/12/09                                    TER
                                              **Chambers of Judge Whyte**