**E-FILED on** 6/22/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| Federal Trade Commission, | No. C-09-2407 RMW |
|---|---|
| Plaintiff, | |
| v. | ORDER RE THIRD PARTY SUBMISSIONS |
| Pricewert LLC also d/b/a 3FN.net, Triple Fiber Network, APS Telecom, APX Telecom, APS Communications, and APS Communication, | |
| Defendant. | |

On June 11, 2009, the court received a document from Mr. Max Christopher, apparently on behalf of the defendant as its "Authorized Representative" and that appears to be a response to the FTC's allegations and proceedings to date. The submission was accompanied by 22 requests or appeals by third party customers of defendant who seek access to their content stored on defendant's servers. The court is concerned that the third party requests may contain confidential or private information that the third parties may mistakenly believe the court will automatically maintain confidential. However, absent a showing of good cause, documents filed with the court are maintained in a publicly accessible manner. Accordingly, the court contacted Mr. Christopher and counsel for those who have appeared to solicit their input. Mr. Christopher responded by asking that the third parties' requests be filed under seal.

ORDER RE THIRD PARTY SUBMISSIONS—No. C-09-2407 RMW
TER

A stipulated protective order may be appropriate in order to protect the privacy and confidentiality interests of third parties who have, or will, request access to their content on defendant's servers, perhaps a much simplified version of the sample Stipulated Protective Order published on the Forms directory in the Northern District of California's website, www.cand.uscourts.gov. Accordingly, plaintiff FTC is directed to confer with the authorized representative of defendant and counsel for third parties and jointly submit a proposed protective order governing how the third party requests containing confidential information are to be used in the litigation. If the parties do not agree, then each shall submit a separate proposed protective order. The stipulated protective order, or competing proposed protective orders, shall be submitted to the court on or before July 1, 2009.

DATED:  6/22/09

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

| | |
|---|---|
| Ethan Arenson | earenson@ftc.gov |
| Carl Settlemeyer | csettlemyer@ftc.gov |
| Philip Tumminio | ptumminio@ftc.gov |

**Counsel for Defendants:**

(no appearance)

**Counsel for Third Parties Seeking to Intervene**:

| | |
|---|---|
| Karl Stephen Kronenberger | karl@KBInternetlaw.com |
| Jeffrey Michael Rosenfeld | Jeff@KBInternetlaw.com |

**Courtesy copy to:**

Max Christopher                    gedmore@gmail.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.
.

**Dated:**   6/22/09                                        TER
                                                            **Chambers of Judge Whyte**