**E-FILED on** 6/22/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| Federal Trade Commission, | No. C-09-2407 RMW |
|---|---|
| Plaintiff, | |
| v. | ORDER RE JUNE 16, 2009 PETITION |
| Pricewert LLC also d/b/a 3FN.net, Triple Fiber Network, APS Telecom, APX Telecom, APS Communications, and APS Communication, | |
| Defendant. | |

On June 16, 2009, the court received a document titled "The Defendant's Petition to the Court" in which defendant reports difficulty in retaining counsel as a result of the TRO and asset freeze and also seeks access to two servers. The document was submitted by Max Christopher, identified in the document as the Authorized Representative of the defendant. Mr. Christopher does not appear to be a licensed attorney. A copy of the petition does not appear to have been served on plaintiff.

The court cannot act upon the petition as presented. Defendant is a corporate entity and can only appear in this lawsuit through legal counsel. *Rowland v. California Men's Colony,* 506 U.S. 199, 202 (1993) (noting that entities may only appear in federal court only through licensed attorneys); Civil L. R. 3-9(b). Unlike individuals, entities cannot represent themselves in proceedings before the court. Accordingly, the petition is denied without prejudice. The court is

ORDER RE JUNE 16, 2009 PETITION—No. C-09-2407 RMW
TER

willing to entertain a request to modify the asset freeze in order to allow some assets to be used for the purpose of retaining counsel for defendant, but such a request must be made through a licensed attorney.

DATED: 6/22/09

*Ronald M Whyte*

RONALD M. WHYTE
United States District Judge

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

Ethan Arenson           earenson@ftc.gov
Carl Settlemeyer        csettlemyer@ftc.gov
Philip Tumminio         ptumminio@ftc.gov

**Counsel for Defendants:**

(no appearance)

**Counsel for Third Parties Seeking to Intervene**:

Karl Stephen Kronenberger      karl@KBInternetlaw.com
Jeffrey Michael Rosenfeld      Jeff@KBInternetlaw.com

**Courtesy copy to:**

Max Christopher         gedmore@gmail.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.
.

**Dated:**   6/22/09                                    TER
                                              **Chambers of Judge Whyte**

ORDER RE JUNE 16, 2009 PETITION—No. C-09-2407 RMW
TER                                                    3