**E-FILED on**    7/1/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Federal Trade Commission,<br><br>      Plaintiff,<br><br>    v.<br><br>Pricewert LLC also d/b/a 3FN.net, Triple Fiber Network, APS Telecom, APX Telecom, APS Communications, and APS Communication,<br><br>      Defendant. | No. C-09-2407 RMW<br><br>ORDER SETTING BRIEFING SCHEDULE AND HEARING ON MOTIONS TO INTERVENE<br><br>**[Re Docket Nos. 21 and 48]** |

There are presently two motions by third parties to intervene, one filed by Suren Ter-Saakov and Tsuren LLC (Docket 21) and initially set for hearing on July 17, 2009, and the second filed by New Concept Business, S.L., (Docket 41) without noticing any date for hearing. The issues appear to substantially overlap and the court finds that it would be efficient to hear both motions concurrently. Plaintiff and the first intervening parties have filed a stipulation seeking to continue the hearing to July 31, 2009. Accordingly, both motions to intervene shall be heard on July 31, 2009 at 9:00. Opposition papers, if any, shall be filed and served on or before July 17, 2009. Reply papers, if any, shall be filed and served on or before July 24, 2009.

DATED:    7/1/09

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

ORDER SETTING BRIEFING SCHEDULE AND HEARING ON MOTIONS TO INTERVENE—No. C-09-2407 RMW
TER

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

| | |
|---|---|
| Ethan Arenson | earenson@ftc.gov |
| Carl Settlemeyer | csettlemyer@ftc.gov |
| Philip Tumminio | ptumminio@ftc.gov |

**Counsel for Defendants:**

(no appearance)

**Counsel for Third Parties Suren Tar-Saakov and Tsuren LLC Seeking to Intervene**:

| | |
|---|---|
| Karl Stephen Kronenberger | karl@KBInternetlaw.com |
| Jeffrey Michael Rosenfeld | Jeff@KBInternetlaw.com |

**Counsel for Third Party New Business Concepts, S.L. Seeking to Intervene**:

E. James Perullo             E.James.Perullo@BayStateLegal.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**   7/1/09                                           TER
                                                                    **Chambers of Judge Whyte**

ORDER SETTING BRIEFING SCHEDULE AND HEARING ON MOTIONS TO INTERVENE—No. C-09-2407 RMW TER
2