**KRONENBERGER BURGOYNE, LLP**
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone:  (415) 955-1155
Facsimile:   (415) 955-1158
karl@KBInternetLaw.com
jeff@KBInternetLaw.com

Attorneys for Intervenors Suren Ter-Saakov
and Tsuren LLC

David C. Shonka
Acting General Counsel

Ethan Arenson, DC # 473296
Carl Settlemyer, DC # 454272
Philip Tumminio, DC # 985624
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, DC 20580
(202) 326-2204 (Arenson); (202) 326-2019 (Settlemyer)
(202) 326-2204 (Tumminio)
(202) 326-3395 facsimile
earenson@ftc.gov
csettlemyer@ftc.gov
ptumminio@ftc.gov

Attorneys for Plaintiff Federal Trade Commission

*E-FILED - 7/16/09*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**,<br><br>    Plaintiff,<br>v.<br><br>**PRICEWERT LLC** *dba* **3FN.NET TRIPLE FIBER NETWORK, APS TELECOM, APX TELECOM, APS COMMUNICATIONS, AND APS COMMUNICATION,**<br><br>    Defendant. | CASE NO. 09-cv-2407-RMW<br><br>**STIPULATION TO CONTINUE HEARING ON THIRD PARTIES SUREN TER-SAAKOV AND TSUREN LLC'S MOTION FOR LEAVE TO INTERVENE AS COUNTER-PLAINTIFFS** AND ORDER<br><br>Date:   July 17, 2009<br>Time:  9:00 am<br>Ctrm:   6, 4th Floor<br><br>The Honorable Ronald M. Whyte |

Case No. 09-cv-02407-RMW

**STIP. TO CONTINUE HEARING ON THIRD PARTY MOT. FOR LEAVE TO INTERVENE**

IT IS HEREBY STIPULATED AND AGREED by and between the Parties hereto, through their counsel of record, that:

1. The hearing on the Third Parties' Suren Ter-Saakov and Tsuren LLC's Motion for Leave to Intervene as Counter-Plaintiffs ("Motion) in this action currently set for July 17, 2009 at 9:00 am shall be continued to July 31, 2009 at 9:00 am or such other date and time, thereafter that is convenient for the Court.

2. Plaintiff Federal Trade Commission will have up to and including July 10, 2009 to file its opposition to the Motion.

3. Third Parties Suren Ter-Saakov and Tsuren LLC will have up to and including July 29, 2009 to file its reply to the opposition to the Motion.

IT IS SO STIPULATED:

DATED: June 25, 2009              DATED: June 25, 2009

KRONENBERGER BURGOYNE, LLP        David C. Shonka
                                  Acting General Counsel

By:  /s/ Karl S. Kronenberger     By:  /s/ Ethan Arenson

Karl S. Kronenberger              Ethan Arenson, DC # 473296
KRONENBERGER BURGOYNE, LLP        Federal Trade Commission
150 Post Street, Suite 520        600 Pennsylvania Avenue, N.W.
San Francisco, CA 94108           Washington, DC 20580
Karl@KBInternetLaw.com            earenson@ftc.gov

Attorneys for Intervenors, Suren Ter-   Attorneys for Plaintiff Federal Trade
Saakov and Tsuren LLC                   Commission

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED: 7/16/09

*Ronald M. Whyte*

The Hon. Ronald M. Whyte
UNITED STATES DISTRICT JUDGE

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KBInternetLaw.com

Case No. 09-cv-02407-RMW                     2       STIP. TO CONTINUE HEARING ON THIRD
                                                      PARTY MOT. FOR LEAVE TO INTERVENE