**KRONENBERGER BURGOYNE, LLP**
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone:  (415) 955-1155
Facsimile:   (415) 955-1158
Karl@KBInternetLaw.com
Jeff@KBInternetLaw.com

Attorneys for Suren Ter-Saakov and Tsuren LLC


**MCKENNA LONG & ALDRIDGE LLP**
Gary Owen Caris (Bar No. 088918)
300 South Grand Ave., 14th Floor
Los Angeles, CA 90071
Telephone: (213) 243-6107
Fax: (213) 243-6330
gcaris@mckennalong.com

Attorneys for Receiver Robb Evans LLC

*E-FILED - 1/26/10*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**,<br><br>        Plaintiff,<br><br>    v.<br><br>**PRICEWERT LLC** *dba* **3FN.NET TRIPLE FIBER NETWORK, APS TELECOM, APX TELECOM, APS COMMUNICATIONS, AND APS COMMUNICATION**,<br><br>        Defendant. | CASE NO. 09-cv-2407-RMW<br><br>**STIPULATION TO CONTINUE HEARING ON MOTION FOR ORDER TO RECEIVER TO SHOW CAUSE RE CONTEMPT** AND ORDER<br><br>Date:  January 29, 2010<br>Time:  9:00 am<br>Ctrm:  6, 4th Floor<br><br>The Honorable Ronald M. Whyte |

Case No. 09-cv-02407-RMW                                                       STIP. TO CONTINUE HEARING ON THIRD PARTIES' MOT. FOR OSC RE. CONTEMPT

1   IT IS HEREBY STIPULATED AND AGREED by and between the parties to this
2   Stipulation, through their counsel of record, that:
3   1.   The hearing on Suren Ter-Saakov ("Ter-Saakov") and Tsuren LLC's Motion
4   for Order to Show Cause re. Contempt ("Motion") in this action currently set for January
5   29, 2010 at 9:00 am shall be continued to April 16, 2010 at 9:00 am or the next
6   available date and time thereafter that is convenient for the Court.
7   2.   Opposition and reply deadlines shall be calculated from the new hearing
8   date.
9   3.   The Receiver waives any opposition that it may have on account of the
10  moving parties' failure to properly serve the Receiver with the Motion.
11  4.   Other than its waiver of any opposition on the grounds it was not properly
12  served with the motion, the Receiver reserves all other bases for opposing the motion,
13  including without limitation the right to argue that Ter-Saakov and Tsuren LLC do not
14  have standing to file the Motion because the Court denied their Motion for Leave to
15  Intervene in its Order Denying Motions to Intervene (Doc. 75).

17  IT IS SO STIPULATED:

19  DATED:  January 8, 2010               DATED:  January 8, 2010
20  KRONENBERGER BURGOYNE, LLP           MCKENNA LONG & ALDRIDGE LLP

22  By:   s/Karl S. Kronenberger           By:   s/Gary O. Caris

23  Karl S. Kronenberger                  Gary Owen Caris
24  150 Post Street, Suite 520            300 South Grand Ave., 14th Floor
    San Francisco, CA 94108               Los Angeles, CA 90071
25  Karl@KBInternetLaw.com                gcaris@mckennalong.com

27  Attorneys for Proposed Intervenors    Attorneys for Receiver Robb Evans &
    Suren Ter-Saakov and Tsuren LLC       Associates LLC

Case No. 09-cv-02407-RMW         2        STIP. TO CONTINUE HEARING ON THIRD
                                          PARTIES' MOT. FOR OSC RE. CONTEMPT

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KBInternetLaw.com

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED: 1/26/10

*Ronald M. Whyte*

The Hon. Ronald M. Whyte
UNITED STATES DISTRICT JUDGE

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KBInternetLaw.com

Case No. 09-cv-02407-RMW

3

**STIP. TO CONTINUE HEARING ON THIRD PARTIES' MOT. FOR OSC RE. CONTEMPT**