WILLARD K. TOM
General Counsel

Ethan Arenson, DC # 473296
Carl Settlemyer, DC # 454272
Philip Tumminio, DC # 985624
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, DC 20580
(202) 326-2204 (Arenson)
(202) 326-2019 (Settlemyer)
(202) 326-2204 (Tumminio)
(202) 326-3395 *facsimile*
earenson@ftc.gov
csettlemyer@ftc.gov
ptumminio@ftc.gov

Attorneys for Plaintiff Federal Trade Commission

E-filed 3/12/10

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### San Jose Division

| | |
|---|---|
| **Federal Trade Commission,**<br><br>    **Plaintiff,**<br><br>    **v.**<br><br>**Pricewert LLC d/b/a 3FN.net, Triple Fiber Network, APS Telecom and APX Telecom, APS Communications, and APS Communication,**<br><br>    **Defendant.** | **Case No. 09-CV-2407 RMW**<br><br>[Proposed] **ORDER GRANTING PLAINTIFF'S MOTION TO WITHDRAW CERTAIN COUNSEL OF RECORD** |

For good cause shown it is hereby ORDERED that Plaintiff Federal Trade Commission's motion to withdraw Philip P. Tumminio as counsel of record in the instant action is GRANTED.

**SO ORDERED,** this __12__ day of __March__, 2010.

_____
RONALD M. WHYTE
United States District Judge