**E-FILED on** 9/15/2010

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Federal Trade Commission, | No. C-09-2407 RMW |
| Plaintiff, | |
| v. | ORDER GRANTING RECEIVER EXTENSION |
| Pricewert LLC also d/b/a 3FN.net, Triple Fiber Network, APS Telecom, APX Telecom, APS Communications, and APS Communication, | **[Re Docket No. 94]** |
| Defendant. | |

The Receiver's request for an extension is unopposed. Moreover, additional time will enable the Receiver to fully and completely comply with the court's requirements with respect to the Final Report and Final Accounting. Accordingly, this court GRANTS the Receiver's request to file its Final Report and Final Accounting, and motion approving same, together with its motion to approve and authorize the payment of its compensation and expenses, on or before September 30, 2010.

DATED: 9/15/2010

*Ronald M Whyte*

RONALD M. WHYTE
United States District Judge

ORDER GRANTING RECEIVER EXTENSION—No. C-09-2407 RMW
JLR